```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 12398
    CONSTANCE RAMSAY
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7620

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/11/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
EVERHOME MORTGAGE          CURRENT MORTG         .00           .00             .00
FIFTH PRAIRIE COMMONS      SECURED NOT I         .00           .00             .00
FIFTH PRAIRIE COMMONS      UNSEC W/INTER   NOT FILED           .00             .00
BARCLAYS CAPITAL REAL ES   SECURED NOT I         .00           .00             .00
LITTON LOAN SERVICING      SECURED NOT I         .00           .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     3541.06        165.78         3541.06
RESURGENT CAPITAL SERVIC   UNSEC W/INTER      970.95         45.43          970.95
BALLYS TOTAL FITNESS       UNSEC W/INTER   NOT FILED           .00             .00
CHARMING SHOPPES           UNSEC W/INTER      337.85         17.51          337.85
CBE GROUP                  UNSEC W/INTER   NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     1119.30         58.01         1119.30
SHELL/CITI                 UNSEC W/INTER   NOT FILED           .00             .00
ST FRANCIS HOSPITAL        UNSEC W/INTER   NOT FILED           .00             .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER      646.25         33.47          646.25
LITTON LOAN SERVICING      SECURED NOT I    18222.61           .00             .00
BARCLAYS CAPITAL REAL ES   SECURED NOT I     2140.47           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,334.00                      2,334.00
TOM VAUGHN                 TRUSTEE                                          752.52
DEBTOR REFUND              REFUND                                         1,451.38

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            11,473.51

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                              6,615.41
    INTEREST                             320.20
ADMINISTRATIVE                         2,334.00
TRUSTEE COMPENSATION                     752.52

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 12398 CONSTANCE RAMSAY
```

```
DEBTOR REFUND                                                     1,451.38
                                        ---------------    ---------------
TOTALS                                        11,473.51          11,473.51
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE